UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DELFIN T. SANCHEZ VELIZ,

        Plaintiff,

- against -

NYPD, ICE, FBI, MIAMI DADE POLICE DEPT.
(MDPD), FLORIDA KEYS POLICE DEPT.
(FKPD),

        Defendants.
-----------------------------------------------------------X

**JUDGMENT**
13-CV-2859 (RRM)(LB)

Pursuant to the Court's Memorandum and Order issued on June 18, 2013 dismissing this Complaint, it is

**ORDERED, ADJUDGED AND DECREED:** That this Complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

Dated: Brooklyn, New York
      June 18, 2013

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge